IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

VICTOR SANCHEZ-RODRIGUEZ                                                    PETITIONER
Reg. #29415-079

v.                                    2:17CV00119-JLH

GENE BEASLEY, Warden, Forrest
City Federal Correctional Complex                                           RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED.

Dated this 17th day of November, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE

1